# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL DESHAWN OLIVER, | Case No. 2:22-cv-00739-GMN-NJK |
| Petitioner, | **ORDER** |
| v. | |
| CLARK COUNTY DETENTION CENTER, *et al.*, | |
| Respondents. | |

Petitioner Michael DeShawn Oliver submitted a *pro se* habeas petition under 28 U.S.C. § 2241. (ECF No. 1-1.) Oliver also filed a Motions for Appeal (ECF No. 5) and a Motion that this matter be Placed on the Court's Calendar (ECF No. 7). On July 24, 2022, the Court denied Oliver's Application for Leave to Proceed *In Forma Pauperis* and ordered Oliver to pay the standard filing fee by September 7, 2022 (ECF No. 8). The Order warned Oliver that his failure to pay the standard filing fee would result in the dismissal of the petition without prejudice and without further advance notice. (*Id.*) Oliver has not paid the filing fee.

In addition, the U.S. Postal Service returned court mail from Oliver's last address. (ECF No. 9.) The Local Rules of Practice require all parties, including habeas petitioners, to immediately file with the Court written notice of any change of address. LR IA 3-1, LR 2-2. The Local Rules also warn that failure to comply may result in dismissal of the action, with or without prejudice, or other sanctions as the Court deems appropriate. *Id. See also Cary v. King*, 856 F.2d 1439, 1441 (9th Cir. 1988) ("A party, not the district court, bears the burden of keeping

///
///
///
///
///

1

the court apprised of any changes in his mailing address.").

**IT IS THEREFORE ORDERED that**:

1. Oliver's Petition for Writ of Habeas Corpus **(ECF No. 1-1) is DISMISSED WITHOUT PREJUDICE** based on his failure to comply with the Court's Order (ECF No. 8) or the Local Rules of Practice.

2. The Clerk of Court is directed to **ENTER FINAL JUDGMENT** and **CLOSE THIS CASE**.

DATED: September 20, 2022

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE